AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Amador Aulet III, | ) | Case No. 21-8301-WM |
| | ) | |
| Defendant(s) | ) | |

FILED BY ____KJZ____ D.C.

Jul 29, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   July 14, 2021 and July 25, 2021   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Providing False Information to Acquire a Firearm from a Federal Firearms Licensee. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Taylor Pacioni, ATF Special Agent
Printed name and title

Sworn to and subscribed before me telephonically.

Date: July 29, 2021

_____
Judge's signature

City and state:    West Palm Beach, Florida            William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Taylor Pacioni, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice (DOJ), currently assigned to the Fort Lauderdale Field Office in the Miami Field Division. My duties involve the investigation of a variety of violations of federal offenses including violations of Federal Firearms laws and other violations of federal law. I have been an ATF Special Agent since March 2021.

2. This affidavit is submitted in support of a criminal complaint which charges Amador AULET III ("AULET") with violations of Title 18 United States Code, Section 922(a)(6), the acquisition of firearms from Gorilla Marketing LLC, a licensed dealer, to knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearms under Chapter 44 of Title 18, United States Code, in that AULET was the actual buyer of the firearm, when in truth and fact, the firearms were bought on behalf of B.S. and others, who then sold the firearms to an undercover law enforcement officer and others.

3. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint and the issuance of an arrest warrant for AULET for the above-described criminal violations.

1

## PROBABLE CAUSE

4. From May 30, 2020, through July, 2021, AULET has purchased over 100 firearms from various Federal Firearms Licensed dealers in Palm Beach and Broward County. Three of the firearms AULET purchased during that time frame have been recovered by law enforcement. One firearm that was purchased by AULET on April 28, 2021, from Gun World of South Florida, an F.F.L. in Deerfield Beach, FL, was recovered in a homicide that occurred in North Miami on May 31, 2021. The firearm was recovered 32 days after being purchased by AULET. A firearm purchased by AULET on March 17, 2021 at Advance Firearms, an F.F.L. in Margate, Florida was recovered on May 24, 2021 by Riviera Beach Police Department, within 68 days of purchase by AULET. On June 2nd, 2021, a firearm purchased by AULET at Advanced Firearms on May 4th, 2021, was recovered by the Saint Lucie Sheriff's Office, 29 days after AULET purchased the firearm.

5. On July 8th, 2021, a Detective from the Broward County Sheriff's Office (BSO) Gang Unit was monitoring the Instagram account of a known member of the Gangster Disciples, K.M. K.M. is a convicted felon and was posting photos of ammunition for sale. The Detective acted in an undercover capacity and requested to buy the ammunition from K.M. K.M. agreed to the sale but sent another individual, B.S., to conduct the sale. On July 13, 2021, the undercover Detective met with B.S. and purchased 100 rounds of 5.7 x 28mm ammunition. B.S. indicated to the undercover Detective that he also had firearms for sale and that selling firearms is his main hustle. B.S. is not an F.F.L. On July 20th, 2021, the undercover Detective met with B.S. and purchased a Palmetto State Armory, multi-caliber pistol, Model PA-15, serial number SCD688394. That firearm was purchased by AULET on July 14th, 2021 at Gorilla Marketing LLC, an F.F.L, along with four additional firearms. AULET indicated on ATF Form 4473 on July

14th, 2021 that the firearm he was purchasing was for himself, when in fact the firearm was sold to the undercover Detective on July 20th, 2021, for $1400.00. The typical range to purchase the firearm is between $800-$1000.00. On July 27th, 2021 the undercover Detective purchased a Glock, Model 19, 9mm pistol, serial number BTYT842 from B.S. AULET purchased that firearm on July 25th, 2021, along with seven other firearms. B.S. described the firearm as brand new in the box and never been fired. The undercover Detective purchased one of the firearms at the trunk of the vehicle belonging to B.S. and observed at least four additional Glock firearms in the trunk. After B.S. sold the firearm to the undercover Detective, law enforcement officers observed B.S. appear to sell another firearm to an unidentified individual at the Boca Raton mall.

6. AULET filled out an ATF Form 4473 at Gorilla Marketing LLC on July 14, 2021 and on July 25, 2021 and answered each time that he is the actual buyer of the firearms by answering yes to question 11a, which inquires whether the person completing the form is the actual buyer. AULET is posing as the actual buyer, when in fact the firearms were being bought and provided to B.S. and others, who sold the firearms to the undercover Detective and others. AULET's answer of being the actual buyer is a false statement to a Federal Firearms Licensed dealer and was made during the acquisition of firearms. Based upon the unusual volume of firearms purchased by AULET, firearms recovered in crimes, and the purchase of firearms by an undercover Detective within days of AULET's purchase indicates a pattern of buying firearms consistent with straw purchasing.

7. Based on the foregoing facts, I submit there is probable cause to believe AULET provided false information at the acquisition of firearms from an F.F.L, in violation of Title 18, United States Code 922 (a)(6).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
TAYLOR PACIONI
SPECIAL AGENT, ATF

Sworn to and subscribed before me telephonically (facetime) this __29__ day of July, 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE