Case 9:21-cr-80151-RLR   Document 14   Entered on FLSD Docket 09/29/2021   Page 1 of 7

FILED by ___KS___ D.C.

Sep 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-80151-CR-ROSENBERG/REINHART**

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

AMADOR AULET III,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 14, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**AMADOR AULET III,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, Gorilla Marketing, LLC, located at 10328 Boca Springs Drive, Boca Raton, Florida, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearm was one (1) Palmetto State Armory 5.56 caliber pistol

bearing serial number SCD688394.

## COUNT 2

On or about July 25, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**AMADOR AULET III,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, Gorilla Marketing, LLC, located at 10328 Boca Springs Drive, Boca Raton, Florida, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearms for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Glock Model 43, 9mm caliber pistol bearing serial number AFWC651; and
2. One (1) Glock Model 19 Gen 3, 9mm caliber pistol bearing serial number BTYT842.

## COUNT 3

On or about July 26, 2021, in Broward County, in the Southern District of Florida, the defendant,

**AMADOR AULET III,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer,

2

that is, PJ Ammo, LLC, located at 2450 W. Sample Road, Suite #16, Pompano Beach, Florida, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearm was one (1) Glock Model 26 Gen 3, 9mm caliber pistol bearing serial number BSRM608.

### COUNT 4

On or about July 27, 2021, in Broward County, in the Southern District of Florida, the defendant,

**AMADOR AULET III,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, PJ Ammo, LLC, located at 2450 W. Sample Road, Suite #16, Pompano Beach, Florida, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearms for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Glock Model 19, 9mm caliber pistol bearing serial number BSXZ988;

2. One (1) Glock Model 23 Gen 5, .40 caliber pistol bearing serial number BSYM599; and,

3. One (1) Glock Model 27 Gen 5, .40 caliber pistol bearing serial number BSYR114.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **AMADOR AULET III**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(a)(6) or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property subject to forfeiture as a result of the alleged offense[s] includes, but is not limited to, the following:

    (i) One (1) Glock Model 19, 9mm caliber pistol bearing serial number BSXZ988;

    (ii) One (1) Glock Model 23 Gen 5, .40 caliber pistol bearing serial number BSYM599;

    (iii) One (1) Glock Model 27 Gen 5, .40 caliber pistol bearing serial number BSYR114;

    (iv) One (1) Glock Model 26 Gen 3, 9mm caliber pistol bearing serial number BSRM608;

    (v) One (1) Glock Model 43, 9mm caliber pistol bearing serial number AFWC651;

(vi) One (1) Glock Model 19 Gen 3, 9mm caliber pistol bearing serial number BTYT842; and

(vii) One (1) Palmetto State Armory 5.56 caliber pistol bearing serial number SCD688394.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Amador Aulet III,

　　　　　Defendant.　　　　　/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days      [✓]
   - II  6 to 10 days     [ ]
   - III 11 to 20 days    [ ]
   - IV  21 to 60 days    [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-8301-WM**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
JAMES USTYNOSKI
Assistant United States Attorney
Court ID No.      A5502615

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** AMADOR AULET III

**Case No:** _____

Count #: 1-4

Making False Statements to a Federally Licensed Firearms Dealer

18 U.S.C. § 922(a)(6)

*** Max.Penalty:** 10 years' imprisonment; 3 years' of supervised release; $250,000 fine

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.